AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2015 JUN -2 PM 3:24

CLERK_____
SO. DIST. OF GA.

ELLIOTT D. DAWKINS,

    Plaintiff,

v.

J.C. LEWIS PRIMARY HEALTH CARE, ARETHA JONES, CEO, LAURA ADAMS, CFO, HILTON FORDHAM HUMAN RESOURCES LIAISON, COURTNEY STALEY, MOMENTUM RESOURCES,

    Defendants.

JUDGMENT IN A CIVIL CASE
( AMENDED JUDGMENT )

CASE NUMBER: CV 415-043

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order of this Court entered on May 18, 2014 and amending this Court's Judgment entered on May 18, 2015, this civil action hereby stands DISMISSED WITH PREJUDICE.

Approved by: _____
J. Randal Hall, U.S. District Judge

JUNE 2, 2015
Date

Scott L. Poff
Clerk

_____
(By) Deputy Clerk